# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY LEE BAKER.<br><br>    Defendant. | Case No.: 22CR1608-GPC<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>[ECF No. 8] |

JOINT MOTION HAVING BEEN ENTERED and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the Motion Hearing/Trial Setting currently scheduled for July 25, 2022 at 1:30 p.m., be continued to September 12, 2022 at 1:30 p.m.

For reasons stated in the Joint Motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the period of delay from the filing of the Joint Motion September 12, 2022 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated:  July 22, 2022

Hon. Gonzalo P. Curiel
United States District Judge